JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Mr. Kerium Allen Garrick, Sr.

## DEFENDANTS

City of Philadelphia
One Parkway Building

**(b)** County of Residence of First Listed Plaintiff   Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Mr. Kerium Allen Garrick, Sr., Pro Se
2025 E. Chelten Avenue

Attorneys *(If Known)*

Armando Brigandi
1515 Arch Street, 14th Floor

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original Proceeding   ☒ 2  Removed from State Court   ☐ 3  Remanded from Appellate Court   ☐ 4  Reinstated or Reopened   ☐ 5  Transferred from Another District *(specify)*   ☐ 6  Multidistrict Litigation - Transfer   ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. Section 1983

Brief description of cause:
Palintiff alleges Federal Civil Rights Violation 42 U.S.C. Section 1983

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE  8/7/17

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

JS 44 Reverse (Rev. 06/17)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA – DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Kerium Allen Garrick, Sr., 2025 E. Chelten Avenue, Philadelphia, PA 19138

Address of Defendant: _____ City of Philadelphia Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19102

Place of Accident, Incident or Transaction: _____ Philadelphia, PA
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)).    Yes ☐    No ☒

Does this case involve multidistrict litigation possibilities?    Yes ☐    No ☒
*RELATED CASE IF ANY*:

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes ☐    No ☒

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes ☐    No ☒

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes ☐    No ☒

CIVIL: (Place   in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1.  ☐  Indemnity Contract, Marine Contract, and All
2.  ☐  FELA
3.  ☐  Jones Act – Personal Injury
4.  ☐  Antitrust
5.  ☐  Patent
6.  ☐  Labor-Management Relations
7.  ☒  Civil Rights
8.  ☐  Habeas Corpus
9.  ☐  Securities Act(s) Cases
10. ☐  Social Security Review Cases
11. ☐  All Other Federal Questions Cases (Please specify)

B. *Diversity Jurisdiction Cases:*

Other  Contracts    1. ☐  Insurance Contract and Other Contracts
2.  ☐  Airplane Personal Injury
3.  ☐  Assault, Defamation
4.  ☐  Marine Personal Injury
5.  ☐  Motor Vehicle personal Injury
6.  ☐  Other Personal Injury (Please specify)
7.  ☐  Products Liability
8.  ☐  Products liability - Asbestos
9.  ☐  All other Diversity Cases
(Please specify)

## ARBITRATION CERTIFICATION
(*Check appropriate Category*)

I, Armando Brigandi _____, counsel of record do hereby certify:

☒ Pursuant to Local Rule 53.3 A, civil rights cases are excluded from arbitration.

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 8/7/17 _____    _____    92208
Armando Brigandi, Esquire    Attorney I.D. #
Attorney-at-Law

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____ 8/7/17 _____    _____    92208
Armando Brigandi, Esquire    Attorney I.D. #
Attorney-at-Law

CIV. 609 (4/03)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mr. Kerium Allen Garrick, Sr. | : | **COURT OF COMMON PLEAS** |
| | : | **PHILADELPHIA COUNTY** |
| Plaintiff | : | **COMMONWEALTH OF PENNSYLVANIA** |
| | : | |
| | : | **July Term 2017** |
| v. | : | |
| | : | |
| City of Philadelphia | : | No. 2391 |
| Rebecca Prosper | : | |
| & | : | **Formerly,** |
| Timothy C. Alexander | : | **Court of Common Pleas** |
| Defendants | : | **Philadelphia County** |
| | : | |

### CASE MANAGEMENT TRACK DESIGNATION FORM

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)  Habeas Corpus -- Cases brought under 28 U.S.C. §2241through § 2255.          (  )

(b)  Social Security -- Cases requesting review of a decision of the Secretary of Health
      and Human Services denying plaintiff Social Security Benefits.          (  )

(c)  Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.    (  )

(d)  Asbestos -- Cases involving claims for personal injury or property damage from
      exposure to asbestos.          (  )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)                                                                      (   )

(f) Standard Management -- Cases that do not fall into any one of the other tracks.                    ( X )

---
8/7/17
Date

**Armando Brigandi, Esq.**

Attorney for Defendants

---
**(215) 683-5381**

**(215) 683-5397**

**armando.brigandi@phila.gov**

---
Telephone
(Civ. 660) 10/02

FAX Number

E-mail Address

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mr. Kerium Allen Garrick, Sr. | : | **COURT OF COMMON PLEAS** |
| | : | **PHILADELPHIA COUNTY** |
| **Plaintiff** | : | **COMMONWEALTH OF PENNSYLVANIA** |
| | : | |
| | : | **July Term 2017** |
| **v.** | : | |
| | : | |
| City of Philadelphia | : | No. 2391 |
| Rebecca Prosper | : | |
| **&** | : | Formerly, |
| Timothy C. Alexander | : | **Court of Common Pleas** |
| **Defendants** | : | **Philadelphia County** |
| | : | |

## NOTICE OF REMOVAL

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.**

Pursuant to 28 U.S.C. § 1441, defendants, Rebecca Prosper, Timothy C. Alexander and the City of Philadelphia, (hereinafter "petitioners") through their counsel, Armando Brigandi, Chief Deputy City Solicitor, respectfully petition for the removal of this action to the United States District Court for the Eastern District of Pennsylvania. In support thereof, defendants state the following:

1.    On July 24, 2017, plaintiff initiated this action by a Complaint in the Court of Common Pleas in Philadelphia, July Term, 2017; No. 2391. (Exhibit A - Complaint).

2.    On July 26, 2017 said Complaint was served on Petitioner at 1515 Arch Street, 14th Floor, Philadelphia, Pennsylvania.

3.    Plaintiff alleges that on or about July 13, 2017 he sustained damages when his civil rights were violated by the defendants. (Exhibit A ).

4.    This action may be removed to this Court pursuant to 28 U.S.C. § 1441 since Plaintiff's Complaint contains allegations of violations of the plaintiff's Federal Civil Rights and seeks relief under 42 U.S.C. § 1983. (Exhibit A)

**Wherefore,** petitioners, Rebecca Prosper, Timothy C. Alexander and the City of Philadelphia, respectfully request that the captioned Complaint be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Armando Brigandi,
Chief Deputy City Solicitor

**ARMANDO BRIGANDI**
**Chief Deputy City Solicitor**
**Attorney I.D. No. 92208**
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5381

Date: 8/7/17

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mr. Kerium Allen Garrick, Sr. | : | **COURT OF COMMON PLEAS** |
| | : | **PHILADELPHIA COUNTY** |
| Plaintiff | : | **COMMONWEALTH OF PENNSYLVANIA** |
| | : | |
| | : | **July Term 2017** |
| v. | : | |
| | : | |
| City of Philadelphia | : | No. 2391 |
| Rebecca Prosper | : | |
| & | : | Formerly, |
| Timothy C. Alexander | : | **Court of Common Pleas** |
| Defendants | : | **Philadelphia County** |
| | : | |

## NOTICE OF FILING OF REMOVAL

TO:   Mr. Kerium Allen Garrick, Sr., Pro Se
2025 E Chelten Avenue
Philadelphia, PA  19138


PLEASE TAKE NOTICE THAT on August 7, 2017, defendants, Rebecca Prosper, Timothy C. Alexander and the City of Philadelphia filed, in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, United States Code, Section 1446(e).

**ARMANDO BRIGANDI**
**Chief Deputy City Solicitor**
**Attorney I.D. No. 92208**
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5381

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Mr. Kerium Allen Garrick, Sr. | : | **COURT OF COMMON PLEAS** |
| | : | **PHILADELPHIA COUNTY** |
| Plaintiff | : | **COMMONWEALTH OF PENNSYLVANIA** |
| | : | |
| | : | **July Term 2017** |
| v. | : | |
| | : | |
| City of Philadelphia | : | No. 2391 |
| Rebecca Prosper | : | |
| & | : | Formerly, |
| Timothy C. Alexander | : | **Court of Common Pleas** |
| Defendants | : | **Philadelphia County** |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Armando Brigandi, Chief Deputy City Solicitor, do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the following by First Class Mail, postpaid, on the date indicated below:

TO:   Mr. Kerium Allen Garrick, Sr., Pro Se
2025 E. Chelten Avenue
Philadelphia, PA  19138

**ARMANDO BRIGANDI**
**Chief Deputy City Solicitor**
**Attorney ID No. 92208**
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5381

Date: _8/7/17_

Exhibit "A"

```
REPORT : ZDRDOCT                  First Judicial District          PAGE      3
USER ID: CIP                      CIVIL DOCKET REPORT          RUN DATE 07/17/17
                                   CASE ID 160601013           RUN TIME 12:58 PM


Filing Date / Time  Docket Entry                                  Date Entered

                    WILL ENABLE THE PARTY TO PAY COSTS.  6.  FILING PARTY
                    MUST OBTAIN ATTESTED COPIES OF THE ORIGINAL PLEADING
                    FOR SERVICE.  IF MORE THAN THIRTY (30) DAYS HAS
                    EXPIRED, THE PLEADING MUST BE REINSTATED FIRST.  ...BY
                    THE COURT; FOX, J.  6-14-16

15-JUN-16 16:02:59  NOTICE GIVEN UNDER RULE 236                       17-JUN-16
                    NOTICE GIVEN ON 17-JUN-2016 OF ORDER ENTERED/236 NOTICE
                    GIVEN ENTERED ON 15-JUN-2016.

23-JUN-16 10:21:24  AFFIDAVIT OF SERVICE FILED                       23-JUN-16
                    AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON THE
                    PHILA PRISON SYSTEM-CFCF/PICC BY PERSONAL SERVICE ON
                    06/21/2016 FILED.

30-JUN-16 16:21:33  AFFIDAVIT OF SERVICE FILED                       01-JUL-16
                    AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON CITY
                    OF PHILA BY PERSONAL SERVICE ON 06/20/2016 FILED.

11-JUL-16 09:52:42  AFFIDAVIT OF SERVICE FILED                       12-JUL-16
                    AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON
                    TABITHA HATCHER BY PERSONAL SERVICE ON 06/20/2016
                    FILED.

23-AUG-16 15:57:10  LISTED FOR CASE MGMT CONF                        23-AUG-16

25-AUG-16 00:30:08  NOTICE GIVEN                                     25-AUG-16

05-SEP-16 15:06:15  ANSWER TO COMPLAINT FILED                        06-SEP-16
                                                              PROSPER, REBECCA
                    ANSWER WITH NEW MATTER TO PLAINTIFF'S COMPLAINT FILED.
                    (FILED ON BEHALF OF THE PHILA PRISON SYSTEM-CFCF/PICC
                    AND CITY OF PHILADELPHIA) ENTRY OF APPEARANCE FILED ON
                    BEHALF OF THE PHILA PRISON SYSTEM-CFCF/PICC AND CITY
                    OF PHILADELPHIA.

05-SEP-16 15:06:15  JURY TRIAL PERFECTED                             06-SEP-16
                    12 JURORS REQUESTED.

05-SEP-16 15:06:15  CITY CHARGE SUBSEQUENT FILINGS                   06-SEP-16
                                                              PROSPER, REBECCA

06-SEP-16 11:10:24  WAITING TO LIST RULE DATE                        06-SEP-16
                                                              LAWLOR, BRIAN
                    NO APPEARANCE AT CMCF

13-SEP-16 09:12:32  RULE ISSUED                                      13-SEP-16
                                                              NEW, ARNOLD L
                    AND NOW, THIS 9TH DAY OF SEPTEMBER, 2016, PLAINTIFF
                    HAVING FAILED TO APPEAR FOR THE MANDATORY CASE
                    MANAGEMENT CONFERENCE, A RULE IS HEREBY ISSUED UPON
                    KERIUM A.  GARRICK SR., TO SHOW CAUSE WHY THE ABOVE
```

```
REPORT : ZDRDOCT                    First Judicial District          PAGE       4
USER ID: CIP                         CIVIL DOCKET REPORT             RUN DATE 07/17/17
                                      CASE ID 160601013              RUN TIME 12:58 PM


Filing Date / Time  Docket Entry                                    Date Entered
```

CAPTIONED MATTER SHOULD NOT BE NON-PROSSED FOR FAILURE
TO PROSECUTE.   RULE RETURNABLE THE 26TH DAY OF
SEPTEMBER, 2016 AT 9:30 A.M.   IN COURTROOM 602, CITY
HALL, PHILADELPHIA, PENNSYLVANIA.   ALL COUNSEL AND
UNREPRESENTED PARTIES SHALL APPEAR UNLESS THE CASE IS
SETTLED OR WITHDRAWN, IN WHICH CASE COUNSEL MUST
NOTIFY THE COURT IMMEDIATELY IN WRITING.   ...  BY THE
COURT: NEW, J.   9/9/2016

13-SEP-16 09:12:33   NOTICE GIVEN UNDER RULE 236                    13-SEP-16
                     NOTICE GIVEN ON 13-SEP-2016 OF RULE ISSUED ENTERED ON
                     13-SEP-2016.

13-SEP-16 09:14:48   LISTED RULE RETURNABLE DATE                    13-SEP-16

26-SEP-16 14:07:09   JUDGMENT OF NON PROS ENTERED                   26-SEP-16
                                                                  NEW, ARNOLD L
                     UPON CONSIDERATION OF PLAINTIFF'S FAILURE TO APPEAR AT
                     THE CASE MANAGEMENT CONFERENCE, AND FAILURE TO APPEAR
                     AT THE RULE TO SHOW CAUSE WHY THIS MATTER SHOULD NOT
                     BE NON-PROSSED FOR FAILURE TO PROSECUTE, IT IS HEREBY
                     ORDERED THAT THIS MATTER IS DISMISSED AS NON-PROSSED.
                     ...  BY THE COURT: NEW, J.   9/26/2016

28-SEP-16 16:29:26   PETITION TO STRIKE NON PROS                    28-SEP-16
                                                         GARRICK SR,  KERIUM ALLEN
                     48-16095348 PETITION TO STRIKE NON-PROS FILED.   RESPONSE
                     DATE: 28-OCT-2016.

30-SEP-16 16:59:47   AFFIDAVIT OF SERVICE FILED                     03-OCT-16
                     AFFIDAVIT OF SERVICE OF NOTICE OF MOTION UPON TABITHA
                     HATCHER AND CITY OF PHILADELPHIA BY PERSONAL SERVICE
                     ON 09/30/2016 FILED.

05-OCT-16 09:56:37   AFFIDAVIT OF SERVICE FILED                     05-OCT-16
                     AFFIDAVIT OF SERVICE OF NOTICE OF MOTION UPON THE PHILA
                     PRISON SYSTEM-CFCF/PICC BY PERSONAL SERVICE ON
                     10/04/2016 FILED.

28-OCT-16 16:58:21   ANSWER (MOTION/PETITION) FILED                 31-OCT-16
                                                                PROSPER, REBECCA
                     48-16095348 ANSWER IN OPPOSITION OF PETITION TO STRIKE
                     NON PROS FILED.   (FILED ON BEHALF OF TABITHA HATCHER,
                     THE PHILA PRISON SYSTEM-CFCF/PICC AND CITY OF
                     PHILADELPHIA)

01-NOV-16 09:21:28   MOTION ASSIGNED                                01-NOV-16
                     48-16095348 PETITION TO STRIKE NON PROS ASSIGNED TO
                     JUDGE: NEW, ARNOLD L.   ON DATE: NOVEMBER 01, 2016
```

```
REPORT : ZDRDOCT                    First Judicial District          PAGE       5
USER ID: CIP                         CIVIL DOCKET REPORT           RUN DATE 07/17/17
                                      CASE ID 160601013            RUN TIME 12:58 PM


Filing Date / Time   Docket Entry                                    Date Entered

01-NOV-16 15:20:24   LISTED FOR CASE MGMT CONF                         01-NOV-16

01-NOV-16 15:20:25   FILE COPY PRINTED                                 01-NOV-16

01-NOV-16 15:20:26   NOTICE GIVEN UNDER RULE 236                       04-NOV-16
                     NOTICE GIVEN ON 04-NOV-2016 OF FILE COPY PRINTED
                     ENTERED ON 01-NOV-2016.

02-NOV-16 11:12:01   ORDER ENTERED/236 NOTICE GIVEN                    02-NOV-16
                                                                    NEW, ARNOLD L
                     48-16095348 UPON CONSIDERATION OF PLAINTIFF'S MOTION TO
                     OPEN JUDGMENT OF NON-PROS, AND ANY RESPONSE THERETO,
                     IT IS HEREBY ORDERED AND DECREED THAT SAID MOTION IS
                     GRANTED AND THE JUDGMENT OF NON-PROS DATED SEPTEMBER
                     26, 2016 IS HEREBY OPENED.  IT IS FURTHER ORDERED AND
                     DECREED THAT A CASE MANAGEMENT CONFERENCE IS SCHEDULED
                     FOR NOVEMBER 30, 2016 AT 2:00 PM IN ROOM 613, CITY
                     HALL.   ...  BY THE COURT: NEW, J.   11/1/2016

02-NOV-16 11:12:02   NOTICE GIVEN UNDER RULE 236                       02-NOV-16
                     NOTICE GIVEN ON 02-NOV-2016 OF ORDER ENTERED/236 NOTICE
                     GIVEN ENTERED ON 02-NOV-2016.

03-NOV-16 00:30:11   NOTICE GIVEN                                      03-NOV-16

04-NOV-16 14:31:21   ANSWER TO COMPLAINT FILED                         04-NOV-16
                                                                  PROSPER, REBECCA
                     ANSWER WITH NEW MATTER TO PLAINTIFF'S COMPLAINT FILED.
                     (FILED ON BEHALF OF TABITHA HATCHER) ENTRY OF
                     APPEARANCE FILED ON BEHALF OF TABITHA HATCHER.

04-NOV-16 14:31:21   JURY TRIAL PERFECTED                              04-NOV-16
                                                                  PROSPER, REBECCA
                     12 JURORS REQUESTED.

04-NOV-16 14:31:21   CITY CHARGE SUBSEQUENT FILINGS                    04-NOV-16
                                                                  PROSPER, REBECCA

30-NOV-16 14:39:09   CASE MGMT CONFERENCE COMPLETED                    30-NOV-16
                                                                 ITALIANO, THERESA

30-NOV-16 14:39:09   CASE MANAGEMENT ORDER ISSUED                      30-NOV-16
                     CASE MANAGEMENT ORDER EXPEDITED TRACK - AND NOW,
                     30-NOV-2016, it is Ordered that: 1.  The case
                     management and time standards adopted for expedited
                     track cases shall be applicable to this case and are
                     hereby incorporated into this Order.  2.  All discovery
                     on the above matter shall be completed not later than
                     06-MAR-2017.  3.  Plaintiff shall identify and submit
                     curriculum vitae and expert reports of all expert
                     witnesses intended to testify at trial to all other
                     parties not later than 06-MAR-2017.  4.  Defendant
```

REPORT : ZDRDOCT                    First Judicial District          PAGE      6
USER ID: CIP                         CIVIL DOCKET REPORT          RUN DATE 07/17/17
                                     CASE ID 160601013            RUN TIME 12:58 PM


Filing Date / Time  Docket Entry                                   Date Entered

and any additional defendants shall identify and
submit curriculum vitae and expert reports of all
expert witnesses intended to testify at trial not
later than 03-APR-2017.  5.  All pre-trial motions
shall be filed not later than 03-APR-2017.  6.  A
settlement conference may be scheduled at any time
after 03-APR-2017.  Prior to the settlement conference
all counsel shall serve all opposing counsel and file
a settlement memorandum containing the following: (a)
A concise summary of the nature of the case if
plaintiff or of the defense if defendant or additional
defendant; (b) A statement by the plaintiff or all
damages accumulated, including an itemization of
injuries and all special damages claimed by categories
and amount; (c) Defendant shall identify all
applicable insurance carriers, together with
applicable limits of liability.  7.  A pre-trial
conference will be scheduled any time after
05-JUN-2017.  Fifteen days prior to pre-trial
conference, all counsel shall serve all opposing
counsel and file a pre-trial memorandum containing the
following: (a) A concise summary of the nature of the
case if plaintiff or the defense if defendant or
additional defendant; (b) A list of all witnesses who
may be called to testify at trial by name and address.
Counsel should expect witnesses not listed to be
precluded from testifying at trial; (c) A list of all
exhibits the party intends to offer into evidence.
All exhibits shall be pre-numbered and shall be
exchanged among counsel prior to the conference.
Counsel should expect any exhibit not listed to be
precluded at trial; (d) Plaintiff shall list an
itemization of injuries or damages sustained together
with all special damages claimed by category and
amount.  This list shall include as appropriate,
computations of all past lost earnings and future lost
earning capacity or medical expenses together with any
other unliquidated damages claimed; and (e) Defendant
shall state its position regarding damages and shall
identify all applicable insurance carriers, together
with applicable limits of liability; (f) Each counsel
shall provide an estimate of the anticipated length of
trial.  8.  It is expected that the case will be ready
for trial 03-JUL-2017, and counsel should anticipate
trial to begin expeditiously thereafter.  9.  All
counsel are under a continuing obligation and are
hereby ordered to serve a copy of this order upon all
unrepresented parties and upon all counsel entering an
appearance subsequent to the entry of this order.
...BY THE COURT: ARNOLD NEW, J.

```
                                                                    PAGE      7
REPORT : ZDRDOCT              First Judicial District       RUN DATE 07/17/17
USER ID: CIP                    CIVIL DOCKET REPORT         RUN TIME 12:58 PM
                                 CASE ID 160601013
```

| Filing Date / Time | Docket Entry | Date Entered |
|---|---|---|
| 30-NOV-16 14:39:09 | LISTED FOR SETTLEMENT CONF | 30-NOV-16 |
| 30-NOV-16 14:39:09 | LISTED FOR PRE-TRIAL CONF | 30-NOV-16 |
| 30-NOV-16 14:39:09 | LISTED FOR TRIAL | 30-NOV-16 |
| 30-NOV-16 14:39:10 | NOTICE GIVEN UNDER RULE 236<br>NOTICE GIVEN ON 01-DEC-2016 OF CASE MANAGEMENT ORDER<br>ISSUED ENTERED ON 30-NOV-2016. | 01-DEC-16 |
| 12-DEC-16 16:48:52 | BACK-UP TRIAL NOTICE CTRM 625<br>NOTICE OF REMOVAL TO THE U.S.  (EASTERN) DISTRICT COURT<br>UNDER 16-CV-6399. | 12-DEC-16 |
| 12-DEC-16 16:52:17 | NOT OF REMOVAL TO US DIST CT<br>NOTICE OF REMOVAL TO THE U.S.  (EASTERN) DISTRICT COURT<br>UNDER **. | 12-DEC-16<br>COHEN, DENIS P |
| 14-DEC-16 00:30:10 | NOTICE GIVEN | 14-DEC-16 |
| 13-JAN-17 10:37:01 | RECORD MAILED/TRANSMITTED<br>RECORDS MAILED TO U.S.  DISTRICT COURT.  UPS# 1Z 5E3 003<br>03 1023 7922.  P.M. | 13-JAN-17 |
| 06-FEB-17 14:32:32 | RETURN RECEIPT RECEIVED | 06-FEB-17 |
| 27-FEB-17 10:05:41 | REMANDED BY US DISTRICT COURT<br>ORDERED THAT THIS CASE IS REMANDED TO THE COURT OF<br>COMMON PLEAS OF PHILADELPHIA.  no records returned. | 27-FEB-17 |
| 01-MAR-17 10:00:54 | LISTED FOR SETTLEMENT CONF | 01-MAR-17 |
| 01-MAR-17 10:01:19 | LISTED FOR PRE-TRIAL CONF | 01-MAR-17 |
| 01-MAR-17 10:01:40 | LISTED FOR TRIAL | 01-MAR-17 |
| 17-MAR-17 14:28:23 | CERTIFIED RECORD RECEIVED | 17-MAR-17 |
| 02-APR-17 10:36:48 | CASE RESCHEDULED BY COURT | 02-APR-17<br>COHEN, DENIS P |
| 03-APR-17 14:06:48 | LISTED FOR SETTLEMENT CONF | 03-APR-17 |
| 05-APR-17 00:30:13 | NOTICE GIVEN | 05-APR-17 |
| 02-MAY-17 09:23:13 | SETTLEMENT CONF COMPLETED | 02-MAY-17<br>COHEN, DENIS P |
| 03-MAY-17 14:44:30 | LISTED FOR PRE-TRIAL CONF | 03-MAY-17 |

```
REPORT : ZDRDOCT                First Judicial District          PAGE      8
USER ID: CIP                     CIVIL DOCKET REPORT         RUN DATE 07/17/17
                                  CASE ID 160601013          RUN TIME 12:58 PM


Filing Date / Time  Docket Entry                              Date Entered

03-MAY-17 14:44:30  CONFERENCE DATE SET                          03-MAY-17

05-MAY-17 00:30:11  NOTICE GIVEN                                 05-MAY-17

15-JUN-17 16:41:25  MOTION FOR SUMMARY JUDGMENT                  15-JUN-17
                                                            PROSPER, REBECCA
                    68-17061868 RESPONSE DATE 07/17/2017.  (FILED ON BEHALF
                    OF TABITHA HATCHER, PHILADELPHIA PRISON
                    SYSTEM-CFCF/PICC AND CITY OF PHILADELPHIA)

15-JUN-17 16:41:25  CITY CHARGE SUBSEQUENT FILINGS               15-JUN-17
                                                            PROSPER, REBECCA

20-JUN-17 19:03:52  ORDER ENTERED/236 NOTICE GIVEN               20-JUN-17
                                                            COHEN, DENIS P
                    IT IS ORDERED THAT THIS MATTER IS SCHEDULED FOR A TRIAL
                    DATE CERTAIN.  JURY SELECTION IS HEREBY SCHEDULED TO
                    COMMENCE ON JULY 7, 2017 AT 9:30 A.M.  COURTROOM TO BE
                    ANNOUNCED.  TRIAL SHALL COMMENCE ON JULY 10.  TRIAL IS
                    EXPECTED TO LAST 1 DAYS.  THIS CASE SHALL BE TRIED
                    BEFORE A JURY OF 12 PERSONS ...  BY THE COURT:
                    COHEN, J.  6/16/2017

20-JUN-17 19:03:53  NOTICE GIVEN UNDER RULE 236                  21-JUN-17
                    NOTICE GIVEN ON 21-JUN-2017 OF ORDER ENTERED/236 NOTICE
                    GIVEN ENTERED ON 20-JUN-2017.

20-JUN-17 19:04:02  WAITING TO LIST FOR TRIAL                    20-JUN-17
                                                            COHEN, DENIS P

20-JUN-17 19:04:26  LISTED FOR TRIAL                             20-JUN-17

22-JUN-17 00:30:06  NOTICE GIVEN                                 22-JUN-17

06-JUL-17 08:40:24  ENTRY OF APPEARANCE-CO COUNSEL               06-JUL-17
                                                           ALEXANDER, TIMOTHY C
                    ENTRY OF APPEARANCE OF TIMOTHY C ALEXANDER AS
                    CO-COUNSEL FILED.  (FILED ON BEHALF OF TABITHA HATCHER
                    AND CITY OF PHILADELPHIA)

06-JUL-17 08:40:24  JURY TRIAL PERFECTED                         06-JUL-17
                                                           ALEXANDER, TIMOTHY C
                    12 JURORS REQUESTED.

06-JUL-17 08:40:24  CITY CHARGE SUBSEQUENT FILINGS               06-JUL-17
                                                           ALEXANDER, TIMOTHY C

08-JUL-17 00:30:04  NOTICE GIVEN                                 08-JUL-17

13-JUL-17 09:12:31  JURY VERDICT FOR DEFENDANT                   13-JUL-17
                                                           LACHMAN, MARLENE F
                    JURY VERDICT IN FAVOR OF DEFENDANTS CITY OF
```

```
REPORT : ZDRDOCT                    First Judicial District              PAGE      9
USER ID: CIP                         CIVIL DOCKET REPORT            RUN DATE 07/17/17
                                      CASE ID 160601013            RUN TIME 12:58 PM


Filing Date / Time  Docket Entry                                      Date Entered

                    PHILADELPHIA, PHILADELPHIA PRISON SYSTEM, CFCF AND
                    PICC, AND PROBATION OFFICER TABITHA HATCHER AND
                    AGAINST PLAINTIFF KERIUM ALLEN GARRICK SR.   ...  BY
                    THE COURT: LACHMAN, J.  7/12/2017

13-JUL-17 09:12:32  NOTICE GIVEN UNDER RULE 236                       13-JUL-17
                    NOTICE GIVEN ON 13-JUL-2017 OF JURY VERDICT FOR
                    DEFENDANT ENTERED ON 13-JUL-2017.

14-JUL-17 11:54:04  APPEAL TO COMMONWEALTH COURT                      14-JUL-17
                                                         GARRICK SR, KERIUM ALLEN
                    *****************************************************
                    ************ NOTICE IS HEREBY GIVEN THAT PLAINTIFF
                    APPEALS FROM THE ORDER DATED 7/12/17 AND DOCKETED ON
                    7/13/17 BY JUDGE LACHMAN.  PROOF OF SERVICE FILED.
                    *****************************************************
                    ***************



                          * * * End of Docket * * *
```

a

(33)

IN The United States District Court

For the Eastern District of Pennsylvania

Civil Trial Division

Mr. Kerium Allen garrick sr,

Vs.

City of Philadelphia, et al,

Civil Action
CASE:# 16-2580

**FILED**

JUL 17 2017

KATE BARKMAN, Clerk
By_____Dep. Clerk

DATE: July, 12-2017

<u>Petition/Motion For Change of Defendant City attorney
For Violation of State & Federal LAW.</u>

1. Plaintiff Mr. Kerium Sr's State & Federal U.S. Constitutional Rights have been violated by the City's attorneys.

2. Case moved from District Court to Common Pleas Court of Philadelphia County, moved forward to trial Starting July, 10th 2017, Trial Proceedings lasted 3. days. City attorneys allowed an incomplete Jury, with <u>11</u> Jurors to deliberate n trial Proceedings against the State & Federal Law. This is a Mistrial.

4. There are 8 Jury Panels in State Court or 12 Jury Panels, for a Proper Jury deliberation. No in between in State Inity Court Proceedings.

5. Attorneys & city employees took an oath to preside & work in the City & State facilities, as City & State employees,

6. That integrity was just violated, along with the breach of law & Federal law violations, inside a City/State goverment Facility (City Hall).

7. After these kind of illegal law infractions take place, it creates a conflict of intrest & Prejudices the Plaintiff & Integrity of the Judicial System. This is a miscarraige of Justice.

8. City attorneys Supervisor was informed & Contacted, & admitted he is conspiring with this form of illegal Corruption.

Wherefore, it is requested that this Motion/Petition be granted with Prejudice, to protect the oath of State & Federal law & also the Jurisprudence of the City of Philadelphia & State of Pennsylvania.

To: The Honorable Judge; Magistrate
Legrome D. Davis, J

Mr. Kerim Allen garrick sr.
Owner of the city of Philadelphia
Pro-se Plaintiff.
July, 12-2017

In THE Court of Common Pleas Philadelphia County

First Judicial District of Pennsylvania

Civil Trial Division

Mr. Kerium Allen garrick sr.

Vs.

City of Philadelphia
Philadelphia Prison System CFCF & Picc
Probation Officer Tabitha Hatcher

CASE:# 160601013

Date: July, 12-2017

-Appeal illegal Verdict-

1. Civil Jury Trial Proceedings consist of a Complete Jury Panel, A Complete Jury Panel consist of either 8 Jurors or 12 Jurors.

2. No Jury deliberations, Can take place without a Complete Jury Panel.

3. This is A Violation of Law, for any deliberations to Commence, without A Complete Jury Panel of either 8 Jurors or 12 Jurors.

4. Trial proceedings in Civil Trial Room 443-City Hall Violated my Civil liberty my Civil Rights & State & Federal Law, by allowing an Incomplete Jury Panel to deliberate without a Complete Jury Panel for Civil Trial Proceedings.

5. This miscarriage of justice has contracted the interest of the Courts.

6. The City/State attorney/s violated the oath of intergrity. The City/State attorneys also Broke the Law in Court Room 443 Civil Trial Proceeding's City Hall.

7. The city/state attorneys also violated their Law license & Comprimised the Jurisprudence of the city & State. Which violated State & Federal Law.

8. These are illegal acts Performed by City/state employees Under Color of Law.

9. These illegal acts, of City Attorney Rebecca Prosper & Attorney Alexander are inexcusable & Blantant Violations of the law they took an oath to Protect. These laws coincide with our State & Federal U.S. Constitutional Rights & shall not be infringed upon by anyone. Especially Not employees of the City/ These acts are against the Law.

10. City attorney/s Rebecca Prosper & attorney Alexander Cohorced the witness & also tainted the Jury Panel.

11. This again is Illegal at Law & Punishable by Imprisonment & loss of Law license indefinitely.

12. City attorney Alexander & attorney Rebecca Prosper Know the Law & are city/state employees. But yet they still Continued to allow deliberations forth Knowing that the Jury Panel was incomplete, Showing a Blatant Disregard for the Law/city/state/court/oath they took to become attorneys & also the Jurisprudence of the PA. & U.S. Constitution.

Case 2:16-cv-02589-LDD   Document 33   Filed 07/17/17   Page 14 of 15

13. In Civil Trial Proceedings, a Complete Jury Consist of 8 panel Jury or a 12 Panel Jury, There is No Between (nothing more, nothing less).

14. These (2) Two Licensed attorneys Knew that & still decided to break the Law. (2) Two attorneys (Rebecca Prosper & attorney Alexander).

15. These are Federal Law Violations, for more than one reason. (1) reason being the oath that is taken by attorneys & Employees of City & State is to protect the Constitution. They Violated that oath in open Court. (2) being they Violated The Civil Trial Proceedings With law Violations. (3) They also Cohorded the witness & tampered with the Jury. This Creates a tainted Jury Panel. (4) They tried to Continue With deliberations, even fully Knowing that they Were Breaking the LAW & Violating the oath of Court. They also violated the oath of the Constitution (PA. & U.S.) & Then Violated the Intergrity of the Court & Jurisprudence of the City.

16. This looks like a Conspired illegal Form of Corruption Coming from City / State Employees, Breaking Down to a (Misuse of Power) (Abuse of Power) & Conspiring to Commit illegal acts in City / State & local Government Facilities.

17. I was Defrauded by the City attorneys (Rebecca Prosper) & (attorney Alexander)

18. I need to receive 5.7 million U.S. Dollars for these illegal breaches of LAW & illegal acts Performed by City Employees in State / Federal / Government Facilities. This form of Relief is seperate from My civil Trial Proceedings.

19. For the fact that they allowed the information to be entered into the City Record, Forth Knowing that they were breaking the LAW, Shows and abrut Blantant disrespect for the Federal Laws & State Laws, the City & Courts. This is also a violation of their Law License & intentionally Conspiring to Commit harm to Plaintiff Mr. Kerium Sr., Who is handicapp & Whose Rights Were already violated.

20. For these Truths furnished to the Court & Judge & More Superseded Irreparable harm Caused to the Plaintiff (Mr. Kerium Sr.) it is hereby Requested that the information be Corrected in the City Record Room & the relief So requested be Granted With Prejudice.

21. A New Trial be ordered & Possibly a Fair & impartial Jury maybe Selected, and a New Trial Date be set immediately.

22. New attorneys for the City be appointed & the Loss of Law License by Previous Law breaking attorneys,

23. They are not allowed to work as attorneys in defense of my City (Philadelphia) or Practice Law in the State of Pennsylvania anymore.

24. An Uncomplete Jury Panel results in A Mistrial, This was a Mistrial.

WHEREFORE, For the Factual Truths furnished to this Court, it is requested that this Motion/Petition/Appeal Filed, be granted With Prejudice, & A new date be given for A Fair Trial.

To: The Honorable Judge!

- Marlene Lachman -
Room 443 - City Hall
Philadelphia, PA. 19102

Respectfully Submitted,
Mr. Kerium Lamar-Allen garrick Sr.
Pro-se Plaintiff - July, 12 2017
Civil Trial Proceedings Rm. 443
City Hall.